

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2019

December 10, 2019

Jennifer M. Provost
212.915.5298 (direct)
Jennifer.Provost@wilsonelser.com

**Via ECF**

Hon. Lorna G. Schofield, U.S.D.J.
Thurgood Marshall United States Courthouse
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Adam Katrincic v. Moonstar Logistics, LLC and Ramazan Raymond Ipek*
SDNY Case No.: 19 Civ. 8733 (LGS)

Your Honor:

This office represents the defendants, Moonstar Logistics, LLC and Ramazan Raymond Ipek, in the above-captioned matter. Pursuant to the Case Management Plan and Scheduling Order, we have been granted permission to file a Motion for Protective Order to delay production of surveillance footage until after Plaintiff's deposition is held.

Upon calling your courtroom, I was advised to put my inquiry in writing, regarding whether the subject motion can be made in letter form or if a formal motion with a memorandum of law is required. Please advise as to your preference.

Respectfully,

Wilson Elser Moskowitz Edelman
& Dicker LLP

  /s/ Jennifer M. Provost
Jennifer M. Provost, Esq. (JP-7175)
***Attorneys for Defendants***
150 E 42nd Street
New York, New York 10017
(212) 915-5298
File No.: 00295.12635

Application GRANTED. The parties shall file the motion papers in letter form.

Dated: December 11, 2019
New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Mississippi • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com

10376929v.1