

# STAVROS E. SITINAS, LLC
ATTORNEY AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2020

January 07, 2020

*Via ECF*
Hon. Lorna G. Schofield, U.S.D.J.
Thurgood Marshall United States Courthouse
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

In light of Plaintiff's discovery responses, Defendants' request to file a motion to compel is DENIED as moot, without prejudice to renewal, should Defendants raise in a letter that the responses below do not completely resolve the proposed motion (*e.g.* Defendants' November 15, 2019, Interrogatories or portions of Defendants' November 15, 2019, Document Request.)

Plaintiff is separately reminded that, per the case management plan at Dkt. No. 13, its response to the Motion for a Protective Order (Dkt. No. 16) is due January 23, 2020.

The Clerk of Court is respectfully directed to close Dkt. No. 17.

Dated: January 8, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: Katrincic, Adam vs. Moonstar Logistics, LLC, et al.
SDNT Case No.: 19 Civ. 8733 (LGS)

Your Honor:

Please be advised, this office represents plaintiff, Adam Katrinic in the above-captioned matter.

Pursuant to defendant's Pre-Motion Request for a Discovery Conference dated December 31, 2019, plaintiff emailed and mailed a response enclosing the requested authorizations on January 2, 2020. A copy of the response in annexed hereto as **Exhibit A**.

As such, defendant's discovery issues is moot and should be denied in its entirety.

Thank you for your attention to this matter

Respectfully submitted,

Stavros E. Sitinas, Esq. (SS-8960)
STAVROS E. SITINAS, LLC
Attorney for Plaintiff
444 Madison Avenue, 4th Floor
New York, NY 10022
(212) 539-1800
ssitinas@sitinaslaw.com